**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1535**

DAVID T. CLENNEY,

　　　　　　Plaintiff - Appellant,

　　v.

OFFICER V. R. SWARTZ,

　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.　Gerald Bruce Lee, District Judge.　(1:14-cv-01702-GBL-MSN)

Submitted:　October 20, 2015　　　　Decided:　October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David T. Clenney, Appellant Pro Se.　Karen L. Gibbons, Jamie Marie Greenzweig, David Isaac Klass, FAIRFAX COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David T. Clenney appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Clenney v. Swartz, No. 1:14-cv-01702-GBL-MSN (E.D. Va. Apr. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED